IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DANYON LAMAR GREEN                                                              PLAINTIFF

v.                                        Civil No. 4:21-cv-04089

CORRECTIONAL OFFICER GUNDERSON,
Miller County Detention Center                                                  DEFENDANT

## ORDER

**To:  Sheriff Jackie Runion, Miller County, Arkansas, 2300 East Street, Texarkana, Arkansas  71854**

Danyon Lamar Green has filed an action in this Court and has filed an application to proceed *in forma pauperis* (IFP).  The certificate of account is a necessary part of an application to proceed IFP.  The certificate **must** be completed by an appropriate official at the detention center.  Your assistance is requested in ensuring that a certificate of account is completed for Danyon Lamar Green and that it is returned to the Court for filing **by no later than January 11, 2022.**

The **Clerk** is directed to mail Sheriff Runion a blank IFP application.  This Order should be mailed by certified mail return receipt requested.

IT IS SO ORDERED this 28th day of  December 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

1