IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DANYON LAMAR GREEN                                                                                            PLAINTIFF

v.                                         Civil No. 4:21-cv-4089

CORRECTIONAL OFFICER
GUNDERSON, Miller County Detention
Center                                                                                                        DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 31, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant conducted a preservice screening of Plaintiff's claim brought under 42 U.S.C. § 1983 and now recommends that the Court dismiss Plaintiff's case without prejudice for failure to state a claim upon which relief may be granted.

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C § 1915(A)(b).

**IT IS SO ORDERED**, this 18th day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge