IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DANYON LAMAR GREEN                                                PLAINTIFF


v.                              Civil No. 4:21-cv-4089


CORRECTIONAL OFFICER
GUNDERSON, Miller County Detention
Center                                                           DEFENDANT

## <u>ORDER</u>

Before the Court is Plaintiff Danyon Lamar Green's Motion to Reopen Case.  (ECF No. 13).  No response is necessary.  The matter is ripe for consideration.

Plaintiff filed this civil rights action pursuant to 42 U.S.C. 1983, alleging that Defendant violated his Eighth Amendment rights while he was incarcerated in the Miller County Detention Center.  On January 31, 2022, the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, filed a Report and Recommendation.  Judge Bryant conducted a pre-service screening of Plaintiff's complaint and recommended that the Court dismiss Plaintiff's claims for failure to state a claim upon which relief can be granted.  Plaintiff did not object to the Report and Recommendation within the time allowed, so on February 18, 2022, the Court adopted the Report and Recommendation and dismissed this case without prejudice.

On March 15, 2022, Plaintiff filed the instant motion.  (ECF No. 13).  He indicates that, since Judge Bryant's Report and Recommendation issued, he was transferred to an Arkansas Department of Correction facility.  Thus, he asks for an extension of time to object to the Report and Recommendation.

In addition to the request for an extension of time, the Court also reads Plaintiff's motion as requesting that this case be reopened. The Court finds good cause for the motion (ECF No. 13), which is hereby **GRANTED**. This case is **REOPENED**. Plaintiff has **until April 15, 2022**, to file objections to Judge Bryant's Report and Recommendation. If Plaintiff fails to file objections by that time, the Court will once again dismiss this case for the reasons stated in the Report and Recommendation. The Clerk of Court is **DIRECTED** to mail a copy of this order and Judge Bryant's Report and Recommendation (ECF No. 11) to Plaintiff at the new address listed in the instant motion.

**IT IS SO ORDERED**, this 16th day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge